PROB 12C
(6/16)

Report Date: August 10, 2022

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Loera         Case Number: 0980 4:19CR06069-SMJ-7

Address of Offender: ▓▓▓▓▓ ▓▓▓▓ Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: August 19, 2021

| | |
|---|---|
| Original Offense: | Distribution of 100 Grams or More of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(B)(I) |
| Original Sentence: | Prison - 4 days<br>TSR - 60 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | Ben Seal |
| Defense Attorney: | Richard A. Smith |

Date Supervision Commenced: August 19, 2021
Date Supervision Expires: August 18, 2026

## PETITIONING THE COURT

To issue a summons.

Mr. Loera commenced supervised release on August 19, 2021. Due to issues with COVID-19, review of his conditions of supervised release were delayed, but completed on September 29, 2021. Mr. Loera signed a copy of his release conditions indicating an understanding of them.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Daniel Loera is considered to be in violation of his conditions of supervised release by being charged with driving under the influence on August 7, 2022, Benton County District Court case number 2A0495325.<br><br>Information received from the Judicial Access Browser System (JABS) indicates Mr. Loera was contacted by the Kennewick Police Department after reports were received of a single vehicle collision. Upon arrival, Kennewick police officers observed a Chevrolet Tahoe high centered on a rock with the rear wheels sunk into the muddy landscape rocks near the Maverick gas station at 4306 West Clearwater Avenue in Kennewick. The driver, identified as Mr. Loera, informed officers he had lost the ability to steer as he turned into the location. Officers noted Mr. Loera smelled of alcohol and admitted to consuming four beers. Officers had Mr. Loera complete field sobriety tests and observed clues of impairment. A Breathalyzer test was submitted by Mr. Loera and the result was 0.124. Mr. Loera was arrested and booked into the Benton County Jail for driving under the influence. This case |

Prob12C
**Re: Loera, Daniel**
**August 10, 2022**
Page 2

      is still pending in Benton County District Court. Mr. Loera's next court date is scheduled for September 7, 2022.

2      **Special Condition # 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

    **Supporting Evidence**: Daniel Loera is considered to be in violation of his conditions of supervised release by consuming alcohol on or about August 7, 2022.

    Information received from JABS indicates Mr. Loera was contacted by the Kennewick Police Department after reports were received of a single vehicle collision. Upon arrival, Kennewick police officers observed a Chevrolet Tahoe high centered on a rock with the rear wheels sunk into the muddy landscape rocks near the Maverick gas station at 4306 West Clearwater Avenue in Kennewick. The driver, identified as Mr. Loera, informed officers he had lost the ability to steer as he turned into the location. Officers noted Mr. Loera smelled of alcohol and admitted to consuming four beers. Officers had Mr. Loera complete field sobriety tests and observed clues of impairment. A Breathalyzer test was submitted by Mr. Loera and the result was 0.124. Mr. Loera was arrested and booked into the Benton County Jail for driving under the influence.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/10/2022

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

08/10/2022
Date